

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>JOEL HERNANDEZ-LOPEZ (1),<br>JOSE AHUMADA-PENUELAS (2),<br>JESUS MEDELLIN-LOPEZ (3),<br>OMAR ENCISO-TALAMANTE (4),<br>ERASMO LOPEZ-BORQUEZ (5),<br>DAVID MORALES-BEJARANO (6),<br><br>            Defendants. | Criminal Case No. 08CR2917-H<br><br>I N F O R M A T I O N<br><br>Title 21, U.S.C., Sec. 841(a)(1) - Possession of Marijuana with Intent to Distribute; Title 18, U.S.C., Sec. 2 - Aiding and Abetting (Felony) |

The United States Attorney charges:

On or about August 3, 2008, within the Southern District of California, defendants JOEL HERNANDEZ-LOPEZ, JOSE AHUMADA-PENUELAS, JESUS MEDELLIN-LOPEZ, OMAR ENCISO-TALAMANTE, ERASMO LOPEZ-BORQUEZ and DAVID MORALES-BEJARANO, did knowingly and intentionally possess, with intent to distribute, 50 kilograms or more, to wit: approximately 95.78 kilograms (210.71 pounds) of Marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

DATED: August 28, 2008.

KAREN P. HEWITT
United States Attorney

FRED SHEPPARD
Assistant U.S. Attorney

FAS:psd:Imperial
8/27/08